IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DISTRICT

CIVIL ACTION NO. 5:12-cv-00742-D

TERESA M. QUINN, )
)
    Plaintiff, )
)
vs. ) **ORDER GRANTING DEFENDANT'S**
) **PARTIAL MOTION TO STRIKE -**
TOWN OF FREMONT, ) **WITH CONSENT**
)
    Defendant. )
)

    Upon consideration of Defendant's Partial Motion to Strike Paragraphs 32, 33, 39, 46, 62, 63, 65, 66 and 70 of Plaintiff's Complaint; and

    It appearing to the Court that Plaintiff has consented to the motion and that the motion should be granted;

    IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Defendant's Motion is GRANTED. Accordingly, the Court hereby strikes Paragraphs 32, 33, 39, 46, 62, 63, 65, 66 and 70 of Plaintiff's Complaint.

    This the 12 day of February 2013.

                                James C. Dever III
                                Chief United States District Judge